

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00353-CV

| | | |
|---|---|---|
| United Food and Commercial Workers International Union, Organization United For Respect at Walmart, North Texas Jobs With Justice, Lester Eugene Lantz, and Does 1-10 | § | From the 352nd District Court |
| | § | of Tarrant County (352-266419-13) |
| v. | | |
| | § | April 17, 2014 |
| Wal-Mart Stores, Inc.; Wal-Mart Real Estate Business Trust; Wal-Mart Realty Company; Wal-Mart Stores Texas, LLC; Wal-Mart Stores East, LP; and Sam's East, Inc. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed. We further order this court's October 22, 2013 temporary order, which continued provisions of the trial court's October 9, 2013 temporary restraining order "until disposition of this interlocutory appeal or until further order of this court," dissolved as of 5 p.m. on April 17, 2014, and we deny as moot "Appellants' Motion For Expedited Reconsideration Of Temporary Order."

It is further ordered that appellants United Food and Commercial Workers International Union, Organization United For Respect at Walmart, North Texas Jobs With Justice, Lester Eugene Lantz, and Does 1-10 shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker_____
      Justice Sue Walker